UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LAURA MICHELLE LA PAZ**                                              **CIVIL ACTION**

**VERSUS**                                                             **NO. 08-841**

**NEW ORLEANS POLICE DEPARTMENT, ET AL.**                              **SECTION "B" (3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by the New Orleans Police Department is **GRANTED** and that plaintiff's claims against that defendant are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against Warren Reilly, Lucinda Barnes, and Jennifer Greer are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 27th day of May, 2008.

**UNITED STATES DISTRICT JUDGE**